F I L E D
Clerk
District Court
MAY 26 2026
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

RUI LI,

           Petitioner,

      v.

SERGIO ALBARRAN, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE, and ANTHONY TORRES, in their official capacities,

           Respondents.

Case No. 1:26-cv-00011

**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

The Court, having reviewed the Respondents' Unopposed Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus (ECF No. 4), finds good cause shown and grants the Unopposed Motion.

The remaining briefing schedule and hearing are moved as follows:

1) Respondents shall file their responses addressing the merits of the petition by **May 29, 2026**.

2) Petitioner shall file a reply by **June 2, 2026**.

3) A hearing on the petition is set for **June 3, 2026, at 1:30 p.m.**, before Chief Judge Ramona V. Manglona.

IT IS SO ORDERED this 26th day of May, 2026.

Ramona V. Manglona
Chief Judge