F I L E D
Clerk
District Court

MAY 29 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| RUI LI, | Case No. 1:26-cv-00011 |
|         Petitioner, | |
|     v. | **ORDER GRANTING MOTION TO WAIVE APPEARANCE OF RESPONDENT ANTHONY TORRES** |
| SERGIO ALBARRAN, et al., | |
|         Respondents. | |

Respondent Anthony Torres, in his official capacity as the Commissioner of the Commonwealth of the Northern Mariana Islands Department of Corrections ("DOC"), filed his Motion to Waive Appearance of Respondent and Counsel. (ECF No. 9.) For good cause appearing, the Motion is GRANTED. The presence of Respondent Torres and his counsel are waived for the hearing on June 3, 2026.

IT IS SO ORDERED this 29th day of May, 2026.

RAMONA V. MANGLONA
Chief Judge

1