F I L E D
Clerk
District Court

JUN 02 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

RUI LI,

              Petitioner,

    v.

SERGIO ALBARRAN, et al.,

              Respondents.

Case No. 1:26-cv-00011

**ORDER GRANTING FEDERAL
RESPONDENTS' MOTION TO
APPEAR BY VIDEO**

     Before the Court is the Federal Respondents'—Sergio Albarran, Todd Lyons, Markwayne Mullin, and Todd Blanche—Motion to Appear by Video at the hearing scheduled for June 3, 2026 at 1:00 p.m. (ECF No. 13.) For good cause shown, the Court GRANTS the request. Counsel is directed to contact the clerk's office for further instructions.

     IT IS SO ORDERED this 2nd day of June, 2026.

                          RAMONA V. MANGLONA
                          Chief Judge

1