F I L E D
Clerk
District Court

JUN 22 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

RUI LI,

    Petitioner,

    v.

SERGIO ALBARRAN, TODD LYONS, MARKWAYNE MULLIN, TODD BLANCHE, and ANTHONY TORRES, in their official capacities,

    Respondents.

Case No. 1:26-cv-00011

**ORDER DIRECTING ENTRY OF JUDGMENT AND CASE CLOSURE**

On June 12, 2026, this Court issued its decision and order granting Petitioner Rui Li's petition for writ of habeas corpus. (D&O, ECF No. 17.) The Clerk is now directed to enter judgment accordingly and to close this case.

IT IS SO ORDERED this 22nd day of June, 2026.

_____
RAMONA V. MANGLONA
Chief Judge

1