AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

F I L E D
Clerk
District Court
JUN 26 2026
for the Northern Mariana Islands
By_____
(Deputy Clerk)

RUI LI

|   |   |
|---|---|
| *Petitioner* | ) |
| v. | ) |
| SERGIO ALBARRAN, ET AL. | ) |
| *Respondent* | ) |

)  Civil Action No.  1:26-cv-00011

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Judgment is entered in favor of Petitioner Rui Li.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Ramona V. Manglona   on

Petition for Writ of Habeas Corpus, ECF No. [1]. See Order Directing Entry of Judgment and Case Closure, ECF No. [18], and Decision and Order Granting Petition for Writ of Habeas Corpus, ECF No. [17].

Date:    06/26/2026

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*